# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2260 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 50 DB 2016 |
| HERBERT KARL SUDFELD, JR. | : | |
| | : | Attorney Registration No. 24691 |
| | : | |
| | : | (Bucks County) |
| PETITION FOR REINSTATEMENT | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of August, 2022, upon consideration of Petitioner's response to the Court's rule to show cause dated June 10, 2022, the rule is discharged, and the Petition for Reinstatement is **GRANTED**. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).

    Chief Justice Baer and Justice Brobson note their dissent.